IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PHILIP FRANKLIN YOUNG, III, § | |
|     Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:05-CV-816-Y |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director, T.D.C.J. § | |
| Correctional Institutions Div., § | |
|     Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Philip Franklin Young, III under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 18, 2006; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 31, 2006, and petitioner's supplemental objections filed on August 4, 2006.

The Court, after de novo review, concludes that Young's objections and supplemental objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Reed's petition for writ of habeas corpus is DENIED.

SIGNED August 16, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE